# Forrester & Worth, PLLC

3636 North Central Avenue
Suite 700
Phoenix, Arizona 85012-1927
(602) 258-2729

Statement as of March 31, 2014
Statement No. 6009

Armorworks Unsecured Creditors Committee
Joseph Cotterman
Andante Law Group
4110 North Scottsdale Road, Suite 330
Scottsdale, Arizona 85251

Matter ID:  1214-001

Chapter 11 Bankruptcy

| **Professional Fees** | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 0000 | | | | | |
| 002    Asset Disposition | | | | | |
| 11/3/2013    scf | 002 | Review email from Craig Hansen regarding proposed revisions to sale protocol and plan and disclosure statement (.1) | 0.10 | 450.00 | 45.00 |
| 11/5/2013    scf | 002 | Review draft motion to approve revisions to the sale protocol and draft order approving the motion (.9) | 0.90 | 450.00 | 405.00 |
| 11/6/2013    scf | 002 | Continue reviewing draft motion to amend sale protocol and accompanying order, outline issues, and prepare redline of the order (3.1) Telephone conference with Grant Lyon regarding same (.2) Telephone conference with John Clemency and Todd Burgess regarding same (.3) further revise draft order and exchange emails with John Clemency regarding same (.4) Telephone conference with Joe Cotterman regarding same (.4) | 4.40 | 450.00 | 1,980.00 |
| 11/7/2013    scf | 002 | Telephone conference with John Clemency regarding proposed revisions to the protocol (.2) Telephone conference with Grant Lyon regarding same (.2) email from Haig Maghakian with redline of proposed order modifying the sale protocol, review the revised protocol, and email to J. Clemency regarding same (.4) begin drafting alternative revised order (.5) | 1.30 | 450.00 | 585.00 |
| 11/8/2013    scf | 002 | Telephone conference with John Clemency regarding proposed changes to the protocol (.1) Review and revise draft order amending and clarifying protocol and email to Haig Maghakian regarding same (.3) Telephone conference with the committee regarding same and related issues (.5) review redline of draft order from Haig | 2.80 | 450.00 | 1,260.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Maghakian (.2) Telephone conference with Haig Maghakian and Grant Lyon regarding same (.5) revise and prepare redline of draft order and email to to all parties regarding same (1.2) | | | |
| 11/11/2013 | scf | 002 | Telephone conference with Steve Jerome regarding proposed modifications to the protocol (.5) Exchange emails with John Clemency and Joe Cotterman regarding same (.2) | 0.70 | 450.00 | 315.00 |
| 11/12/2013 | scf | 002 | Review motion to expand IDR's duties under the protocol and accompanying declaration of Grant Lyon (.7) Telephone conference with John Clemency regarding same (.2) begin drafting response in opposition (.9) Telephone conference with John Clemency and Todd Burgess regarding same (.4) Telephone conference with John, Todd, Grant Lyon and Paul Aronzon regarding same (.9) Telephone conference with Grant Lyon regarding same (.3) Legal research regarding definition of transactions outside the ordinary course (.9) | 4.30 | 450.00 | 1,935.00 |
| 11/13/2013 | scf | 002 | Review email from John Clemency regarding proposed disposition of excess furniture and email to committee members regarding same (.1) Review and revise objection to the IDR's motion to amend the Protocol (2.4) Exchange emails with Todd Burgess regarding same (.1) review transcripts of past hearings on the Protocol (.9) | 3.50 | 450.00 | 1,575.00 |
| 11/14/2013 | scf | 002 | Exchange emails with John Clemency regarding today's status hearing on the IDR's motion to amend the Protocol (.1) prepare for hearing (.5) Telephone conference with Steve Jerome regarding same and postponement of hearing (.4) attend hearing (.5) | 1.50 | 450.00 | 675.00 |
| 11/15/2013 | scf | 002 | Telephone conference with John Clemency regarding proposed changes to the Protocol (.1) Email to John regarding same and Paul Aronzon's suggested changes to definition of non-ordinary course transactions (.1) | 0.20 | 450.00 | 90.00 |
| 11/19/2013 | scf | 002 | Exchange emails with Steve Jerome regarding the requested revisions to the Protocol (.1) Telephone conference with Todd Burgess regarding same (.1) Telephone conference with Steve Jerome regarding same (.5) review the Crown parties' statement of position regarding same (.1) | 0.80 | 450.00 | 360.00 |
| 11/20/2013 | scf | 002 | Review AWE's joinder in the Committee's objection to the motion to expand the Protocol (.1) Telephone conference with Susan Boswell regarding the motion (.2) Review email from Grant Lyon regarding the revised definition of Non-Ordinary Course Transactions in the | 0.60 | 450.00 | 270.00 |

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Protocol (.1) Exchange emails with Todd Burgess regarding same and email to Grant Lyon regarding same (.1) Telephone conference with Susan Boswell regarding same (.1) | | | |
| 11/21/2013 | scf | 002 | Telephone conference with Todd Burgess regarding proposed clarifications of the Protocol (.1) Telephone conference with Susan Boswell regarding same (.1) Telephone conference with Grant Lyon regarding same (.3) | 0.50 | 450.00 | 225.00 |
| 11/25/2013 | scf | 002 | Review list of potential purchasers received from Matt Foster and exchange emails with Ted Burr regarding same (.1) review draft CMI for Project Shield and exchange emails with Ted Burr regarding same (.2) Telephone conference with Ted Burr regarding same (.2) | 0.50 | 450.00 | 225.00 |
| 12/6/2013 | scf | 002 | Review and approve order granting debtors' motion to dispose of FF&E (.1) | 0.10 | 450.00 | 45.00 |
| 12/10/2013 | scf | 002 | Review revised order amending the protocol and exchange emails with Todd Burgess regarding same (.3) Email to Todd Burgess regarding definition of ordinary course transactions (.2) | 0.50 | 450.00 | 225.00 |
| 12/11/2013 | scf | 002 | Review stipulated order approving changes to protocol and exchange emails with Todd Burgess regarding same | 0.20 | 450.00 | 90.00 |
| 12/30/2013 | scf | 002 | Review email from Holihan Lokey regarding revised sale timeline (.1) | 0.10 | 450.00 | 45.00 |
| 1/6/2014 | scf | 002 | Review proposed bidding procedures and outline issues and discussion points (.9) Telephone conference with Todd Burgess regarding same (.2) | 1.10 | 450.00 | 495.00 |
| 1/8/2014 | scf | 002 | Prepare for and participate in status hearing on the sale (.7) | 0.70 | 450.00 | 315.00 |
| 1/9/2014 | scf | 002 | Review debtors' motion to approve sale of assets or equity, bid procedures order, form of notice of sale, form of notice to parties ot executory contracts, motion for accelerated hearing, and form APA (2.3) email to Todd Burgess regarding one requested change in the APA (.1) | 2.40 | 450.00 | 1,080.00 |
| 1/11/2014 | scf | 002 | Prepare for and participate in conference call with Grant Lyon, Houlihan Lokey representatives and attorneys for co-proponents regarding status of sales efforts and possible stalking horse bid (.7) | 0.70 | 450.00 | 315.00 |
| 1/13/2014 | scf | 002 | Telephone conference with Ted Burr regarding same (.4) | 0.40 | 450.00 | 180.00 |
| 1/15/2014 | scf | 002 | Review statement of position on sale motion by BCBSAZ (.1) Telephone conference with Steve Jerome regarding status of member's | 0.40 | 450.00 | 180.00 |

| Date | | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| | | | | negotiations about what will be included in the sale (.3) | | | |
| 1/16/2014 | scf | 002 | | Telephone conference with Todd Burgess regarding bid procedures motion and status of possible stalking horse bid (.3) review DoD's objection to the sale motion (.5) Telephone conference with Steve Jerome and Todd Burgess regarding same (.2) | 1.00 | 450.00 | 450.00 |
| 1/17/2014 | scf | 002 | | Review redlines of bid procedures, bid procedures order, and notice to parties to executory contracts (.4) | 0.40 | 450.00 | 180.00 |
| 1/21/2014 | scf | 002 | | Exchange emails with Rich Golwitzer regarding impact on potential sale of DOD's statement of position on having to approve assumption and assignment of government contracts (.1) | 0.10 | 450.00 | 45.00 |
| 1/22/2014 | scf | 002 | | Telephone conference with Steve Jerome regarding status of negotiations and whether all intellectual property and contract rights will be included in the sale and discuss issues regarding ownership and control of patents | 0.30 | 450.00 | 135.00 |
| 1/24/2014 | scf | 002 | | Review email from Chris Yukins with copy of federal regulation regarding assumption and assignment of government contracts (.3) All hands conference call including Arnold & Porter lawyers and Houlihan representatives concerning the sales process, assumption and assignment of government contracts, security clearances, and related issues (1.1) | 1.40 | 450.00 | 630.00 |
| 1/27/2014 | scf | 002 | | Participate in Project Shield weekly conference call (.4) Telephone conference with Steve Jerome regarding same and issues raised during last week's all-hands call (.5) | 0.90 | 450.00 | 405.00 |
| 1/28/2014 | scf | 002 | | Review contract lists provided by AWE (.2) participate in all hands conference call with Arnold & Porter lawyers regarding various government contracting issues relating to the sale (1.3) | 1.50 | 450.00 | 675.00 |
| 1/29/2014 | scf | 002 | | Telephone conference with Todd Burgess regarding the sales effort and issue regarding prospective bid for acquisition of the Crowns' equity and impact of the protocol (.5) review protocol and order amending protocol regarding same (.3) | 0.80 | 450.00 | 360.00 |
| 1/30/2014 | scf | 002 | | Telephone conference with Susan Boswell regarding communications of prospective purchasor's with Bill Purciballi (.4) | 0.40 | 450.00 | 180.00 |
| 2/3/2014 | scf | 002 | | Review emergency motion regarding applicability of protocol filed by Bill Perciballi and order setting emergency hearing (.2) review original | 3.50 | 450.00 | 1,575.00 |

| Date | | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| | | | | protocol, amended protocol order and NDA with applicable potential purchaser and analyze issues (1.6) Telephone conference with Steve Jerome regarding same (.3) Exchange emails with Grant Lyon regarding the hearing (.1) second telephone conference with Steve Jerome regarding same (.3) prepare for and participate in telephonic hearing (.8) Telephone conference with Todd Burgess regarding possible compromise (.2) | | | |
| 2/4/2014 | scf | 002 | | Review various emails regarding information from potential bidders concerning security clearances (.1) review updated list of IP and ownership (.1) | 0.20 | 450.00 | 90.00 |
| 2/5/2014 | scf | 002 | | Telephone conference with Ted Burr regarding status of the sales process and recent developments (.6) Exchange emails with Todd Burgess regarding same and review letter to potential bidder regarding partial waiver of NDA provisions (.2) Telephone conference with Todd Burgess regarding same (.2) | 1.00 | 450.00 | 450.00 |
| 2/6/2014 | scf | 002 | | Review limited objection to notice regarding contracts to be assumed filed by Blue Shield (.2) | 0.20 | 450.00 | 90.00 |
| 2/10/2014 | scf | 002 | | Review various emails regarding ESAPI contract and status of sales efforts (.1) review bid procedures order and deadlines (.1) telephone conference with Steve Jerome regarding status of sales effort and the bidding deadline (.4) Exchange emails with Rich Golwitzer and Andy Munter regarding same (.1) | 0.70 | 450.00 | 315.00 |
| 2/11/2014 | scf | 002 | | Review email from Matt Foster regarding communications between Bill Perciballi and party that has not submitted a qualified bid (.1) Review email from Todd Burgess with three qualified bids (1.3) Telephone conference with Todd regarding same (.3) outline issues for discussion with the Committee (.5) telephonic committee meeting regarding the above (.8) | 3.00 | 450.00 | 1,350.00 |
| 2/13/2014 | scf | 002 | | Participate in all-hands call to discuss status of sales process and alternatives going forward (1.2) | 1.20 | 450.00 | 540.00 |
| 2/14/2014 | scf | 002 | | Telephone conference with Steve Jerome regarding same (.9) | 0.90 | 450.00 | 405.00 |
| 2/17/2014 | scf | 002 | | Conference call with all parties regarding status of sales efforts (.3) conference call with the Committee regarding same and alternatives (.8) | 1.10 | 450.00 | 495.00 |
| 2/18/2014 | scf | 002 | | All-hands call regarding sales efforts and alternatives (.6) Telephone conference with Todd Burgess regarding update on settlement negotiations among the equity holders (.3) Telephone conference with the committee | 2.00 | 450.00 | 900.00 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding same and our alternatives (.8) Telephone conference with Tedd Burr regarding same (.3) | | | |
| 2/19/2014 | scf | 002 | Review emails regarding termination of sales efforts and terms of possible settlement among equity holders (.2) Prepare for and participate in telephonic status hearing regarding sales efforts (.6) Telephone conference with Joe Cotterman regarding all the above (.5) | 1.10 | 450.00 | 495.00 |
| 2/20/2014 | scf | 002 | Telephone conference with creditor representative Allison Axelrod regarding notice of cancellation of sale (.1) Telephone conference with Fred Glass of Fair Harbor regarding same (.1) Telephone conference with Don Gilbert regarding same (.3) Telephone conference with Steve Jerome regarding same (.4) | 0.90 | 450.00 | 405.00 |
| 2/25/2014 | scf | 002 | Review statement of position by executive claimants (.1) review statement of position by Oracle (.1) | 0.20 | 450.00 | 90.00 |
| | | | 002 Sub-total: | 51.50 | | 23,175.00 |

| 003 | Business Operations | | | | | |
|---|---|---|---|---|---|---|
| 10/30/2013 | scf | 003 | Review email from Ted Burr and email from Matt Foster regarding cash flow projections and impact of new contract and associated inventory purchases (.2) Telephone conference with Tedd Burr regarding same (.2) | 0.40 | 450.00 | 180.00 |
| 11/19/2013 | scf | 003 | Review email from Ted Burr with updated cash flow report for 10-11-13 (.2) Review email from Ted Burr with updated cash flow report for 10-25-13 (.2) Review email from MCA regarding same and situation with DIP lender (.1) Review email from Ted Burr with updated cash flow report for 11-1-13 (.2) | 0.70 | 450.00 | 315.00 |
| 1/6/2014 | scf | 003 | Review email from Ted Burr and review financial report for week ending 11-29-13 (.2) Review email from Ted Burr and review financial report for week ending 12-13-13 (.2) Review email from Ted Burr and review financial report for week ending 12-20-13 (.2) | 0.60 | 450.00 | 270.00 |
| 1/16/2014 | scf | 003 | Review updated cash flow projections and review email from Ted Burr regarding same (.4) | 0.40 | 450.00 | 180.00 |
| | | | 003 Sub-total: | 2.10 | | 945.00 |

| 005 | Case Administration | | | | | |
|---|---|---|---|---|---|---|
| 10/22/2013 | scf | 005 | Telephone conference with Don Gilbert regarding status of case and recent developments (.3) | 0.30 | 450.00 | 135.00 |
| 10/24/2013 | scf | 005 | Review reply in support of C2's motion to disqualify Squire Sanders | 0.40 | 450.00 | 180.00 |

**Forrester & Worth, PLLC**  Page: 7

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/6/2013 | scf | 005 | Telephone conference with unsecured creditor Andre Alfred regarding the cases and recent notices he received (.1) | 0.10 | 450.00 | 45.00 |
| 11/12/2013 | scf | 005 | Telephone conference with Don Gilbert regarding status of the bankruptcy (.2) | 0.20 | 450.00 | 90.00 |
| 11/13/2013 | scf | 005 | Telephone conference with Susan Boswell and Lori Winkelman regarding background and status of the case (.5) | 0.50 | 450.00 | 225.00 |
| 11/25/2013 | scf | 005 | Review updated cash flow report and telephone conference with Tedd Burr regarding same (.2) | 0.20 | 450.00 | 90.00 |
| 12/3/2013 | scf | 005 | Review email from Grant Lyon regarding orphan assets (.1) | 0.10 | 450.00 | 45.00 |
| 1/10/2014 | scf | 005 | Telephone conference with creditor Don Gilbert regarding status of the case (.4) | 0.40 | 450.00 | 180.00 |
| 1/15/2014 | scf | 005 | Prepare for and participate in telephonic committee meeting (.9) | 0.90 | 450.00 | 405.00 |
| 2/4/2014 | scf | 005 | Telephone conference with Don Gilbert and Gerald Shelley regarding status of the case, the plan and the sales effort (.4) | 0.40 | 450.00 | 180.00 |
| 2/5/2014 | scf | 005 | Telephone conference with James Farmer regarding status of the case and the sale process and treatment of his unsecured claim (.2) | 0.20 | 450.00 | 90.00 |
| 2/11/2014 | scf | 005 | Telephone conference with creditor John Standridge regarding status of the bankruptcy (.2) | 0.20 | 450.00 | 90.00 |
| 2/20/2014 | scf | 005 | Review email from Ted Burr regarding most recent financial report (.2) | 0.20 | 450.00 | 90.00 |
| 3/11/2014 | scf | 005 | Review updated financial projections and email from Ted Burr regarding same (.3) Email to Ted regarding same and impact on confirmability of possible cram down plan (.1) | 0.40 | 450.00 | 180.00 |
| 3/14/2014 | scf | 005 | Exchange emails with Andy Munter regarding his resignation from the committee (.1) | 0.10 | 450.00 | 45.00 |
| | | | 005 Sub-total: | 4.60 | | 2,070.00 |

006    Plan and Disclosure Statement

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/16/2013 | scf | 006 | Telephone conference with Steve Jerome regarding his issues with the plan (1.2) | 1.20 | 450.00 | 540.00 |
| 10/23/2013 | scf | 006 | Telephone conference with Steve Jerome regarding various plan related issues (1.0) | 1.00 | 450.00 | 450.00 |
| 10/24/2013 | scf | 006 | Telephone conference with Ted Burr regarding same (.3) | 0.30 | 450.00 | 135.00 |
| 10/31/2013 | scf | 006 | Telephone conference with Todd Burgess regarding possible postponement of disclosure statement hearing (.2) | 0.20 | 450.00 | 90.00 |

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/1/2013 | scf | 006 | Review numerous emails from Haig Maghakian, Craig Hansen, John Clemency, Todd Buress and Bill Perciballi regarding proposed continuance of the disclosure statement hearing (.5) Telephone conference with Todd Burgess regarding same (.2) Telephone conference with the committee regarding same and other plan issues (.5) | 1.20 | 450.00 | 540.00 |
| 11/5/2013 | scf | 006 | Telephone conference with John Clemency and Todd Burgess regarding same (.3) review various email from other parties regarding same (.1) review draft motion to continue the disclosure statement hearing and telephone conference with Todd Burgess regarding same (.3) | 0.70 | 450.00 | 315.00 |
| 11/11/2013 | scf | 006 | Telephone conference with Steve Jerome regarding the plan process and how best to align it with the sale process (.2) | 0.20 | 450.00 | 90.00 |
| 11/14/2013 | scf | 006 | Telephone conference with Steve Jerome regarding various issues relating to the plan and disclosure statement (.4) meet with Grant Lyon, Matt Gallagher and Steve Jerome to discuss same (.8) | 1.20 | 450.00 | 540.00 |
| 11/15/2013 | scf | 006 | Telephone conference with John Clemency regarding plan issues (.2) | 0.20 | 450.00 | 90.00 |
| 11/20/2013 | scf | 006 | Telephone conference with Susan Boswell regarding the plan and disclosure statement and the Crowns' request to take them off calendar (.1) | 0.10 | 450.00 | 45.00 |
| 11/21/2013 | scf | 006 | Two telephone conferences with Susan Boswell regarding plan issues and possible mediation among the equity holders (.3) | 0.30 | 450.00 | 135.00 |
| 11/26/2013 | scf | 006 | Telephone conference with Steve Jerome regarding various plan-related issues (.7) | 0.70 | 450.00 | 315.00 |
| 12/2/2013 | scf | 006 | Telephone conference with Steve Jerome and conference call with Steve and Todd regarding plan and disclosure statement issues (.4) | 0.40 | 450.00 | 180.00 |
| 12/3/2013 | scf | 006 | Prepare for and participate in meeting with Steve Jerome, Todd Burgess, Susan Boswell (telephonically) and Grant Lyon (telephonically) to discuss the plan and disclosure statement (2.1) | 2.10 | 450.00 | 945.00 |
| 12/5/2013 | scf | 006 | Telephone conference with Steve Jerome regarding revisions to the plan and disclosure statement (.4) | 0.40 | 450.00 | 180.00 |
| 12/6/2013 | scf | 006 | Telephone conference with Todd Burgess regarding same (.2) | 0.20 | 450.00 | 90.00 |
| 12/8/2013 | scf | 006 | Begin reviewing C2's proposed revisions to the plan and revising and making comments on same | 1.80 | 450.00 | 810.00 |

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | (1.8) | | | |
| 12/9/2013 | scf | 006 | Continue reviewing and marking revised plan and telephone conference with Steve Jerome regarding remaining issues (1.6) review emails from Todd Burgess and Susan Boswell regarding same (.1) Email to Steve Jerome regarding the revised plan (.1) | 1.80 | 450.00 | 810.00 |
| 12/10/2013 | scf | 006 | Prepare for and participate in telephonic committee meeting to discuss proposed revisions to the plan (.9) attend hearing on approval of disclosure statement (1.4) | 2.30 | 450.00 | 1,035.00 |
| 12/13/2013 | scf | 006 | Exchange emails with Todd Burgess, Steve Jerome, and Susan Boswell regarding the plan revisions and rescheduling the hearing (.2) Telephone conference with Fred Glass at Fair Harbor regarding status of the disclosure statement hearing (.1) Telephone conference with Steve Jerome regarding various plan issues (.5) | 0.80 | 450.00 | 360.00 |
| 12/14/2013 | scf | 006 | Review revised plan and disclosure statement received from Steve Jerome (1.3); redline the plan (1.3); exchange emails with opposing counsel regarding same and time for conference call to discuss same (.1) | 2.70 | 450.00 | 1,215.00 |
| 12/15/2013 | scf | 006 | Prepare for and participate in conference call with Steve Jerome, Todd Burgess, and Susan Boswell about plan amendments (1.8) Telephone conference with Steve Jerome regarding same (.1) | 1.90 | 450.00 | 855.00 |
| 12/16/2013 | scf | 006 | Review redlines of plan and disclosure statement and exchange emails with other plan proponents regarding same (2.3) | 2.30 | 450.00 | 1,035.00 |
| 12/17/2013 | scf | 006 | Prepare for and attend hearing on disclosure statement and amendment to sale protocol (1.8) | 1.80 | 450.00 | 810.00 |
| 1/6/2014 | scf | 006 | Review revised liquidation analysis (.4) | 0.40 | 450.00 | 180.00 |
| 1/7/2014 | scf | 006 | Telephone conference with Steve Jerome regarding various plan related issues (.5) | 0.50 | 450.00 | 225.00 |
| 1/15/2014 | scf | 006 | Exchange emails with Todd Burgess and committee members regarding the solicitation package (.1) | 0.10 | 450.00 | 45.00 |
| 1/27/2014 | scf | 006 | Review Ballot Report (.2) Review motion to continue confirmation hearing and extend deadlines (.2) review DoD's plan objection (.1) | 0.50 | 450.00 | 225.00 |
| 2/21/2014 | scf | 006 | Telephone conference with Steve Jerome regarding possible new plan to be proposed by the debtor (.5) | 0.50 | 450.00 | 225.00 |
| 2/24/2014 | scf | 006 | Exchange emails with Grant Lyon regarding | 0.40 | 450.00 | 180.00 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | status of settlement negotiations between equity holders and possible revised plan (.1) Telephone conference with Steve Jerome regarding same (.3) | | | |
| 2/25/2014 | scf | 006 | Review email from Ted Burr with liquidation analysis (.3) Exchange emails with Rich Golwitzer regarding status of possible new plan (.1) Telephone conference with Todd Burgess regarding same (.3) Email to committee members regarding same (.8) | 1.50 | 450.00 | 675.00 |
| 2/26/2014 | scf | 006 | Exchange emails with Joe Cotterman regarding possible new plan (.1) Telephone conference with Steve Jerome regarding same (.3) | 0.40 | 450.00 | 180.00 |
| 2/27/2014 | scf | 006 | Telephone conference with Steve Jerome regarding same (.3) | 0.30 | 450.00 | 135.00 |
| 3/3/2014 | jrw | 006 | Meet with Forrester regarding tomorrow's status hearing and identify issues and concerns | 0.50 | 400.00 | 200.00 |
| 3/4/2014 | jrw | 006 | Prepare for and attend bankruptcy court status hearing and notes to file | 1.40 | 400.00 | 560.00 |
| 3/5/2014 | scf | 006 | Review minute entry from yesterday's status hearing on the plan (.1) | 0.10 | 450.00 | 45.00 |
| 3/10/2014 | scf | 006 | Telephone conference with Wendy Gibson, attorney for Adams Wright Aerospace, regarding status of the plan (.2) Telephone conference with Steve Jerome regarding same (.5) Telephone conference with Rich Golwitzer regarding same (.4) | 1.10 | 450.00 | 495.00 |
| 3/11/2014 | scf | 006 | Exchange emails with Andrew Munter regarding status of possible new plan (.1) Telephone conference with Don Gilbert regarding same (.1) Telephone conference with Ted Burr regarding expected contents of new plan, feasibility analysis and goals of the committee (.7) | 0.90 | 450.00 | 405.00 |
| 3/12/2014 | scf | 006 | Telephone conference with Ted Burr regarding feasibility issues regarding expected new plan of reorganization (.2) | 0.20 | 450.00 | 90.00 |
| 3/18/2014 | jrw | 006 | Exchange emails with Todd Burgess regarding Committee's attorneys' fees and information needed for plan projections | 0.20 | 400.00 | 80.00 |
| 3/20/2014 | scf | 006 | Telephone conference with Todd Burgess regarding status of amended plan and related issues (.6) | 0.60 | 450.00 | 270.00 |
| 3/21/2014 | scf | 006 | Prepare for and participate in telephonic committee meeting regarding prospective new plan and related issues (.9) | 0.90 | 450.00 | 405.00 |

006 Sub-total: 36.30    16,230.00

008    Executory Contracts

| Date | | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 10/23/2013 | scf | 008 | | Review email from Todd Burgess regarding rejection of two leases and new lease with Mandall (.3) | 0.30 | 450.00 | 135.00 |
| 10/24/2013 | scf | 008 | | Telephone conference with Ted Burr regarding same (.4) Review email from Ted regarding same and regarding Morrie Aaron's earlier analysis of space requirements (.1) | 0.50 | 450.00 | 225.00 |
| 10/25/2013 | scf | 008 | | Review motion to reject the 305 lease and enter into new lease with Mandall and exchange emails with Janel Glynn regarding same (.8) | 0.80 | 450.00 | 360.00 |
| 10/30/2013 | scf | 008 | | Review emails from Ted Burr regarding proposed rejection of two leases and move to Mandall facility and telephone conference with Ted regarding same (.2) Telephone conference with Todd Burgess regarding same (.2) | 0.40 | 450.00 | 180.00 |
| 11/1/2013 | scf | 008 | | Conference call with the committee regarding proposed rejection of two leases and entry into another lease (.3) | 0.30 | 450.00 | 135.00 |
| 11/14/2013 | scf | 008 | | Attend hearing on rejection of two leases and entering into another (.1) | 0.50 | 450.00 | 225.00 |
| 11/26/2013 | scf | 008 | | Review motion for relief from the automatic stay filed by Novellus regarding real property lease deposit and review notice of objection deadline (.3) | 0.30 | 450.00 | 135.00 |
| 1/6/2014 | scf | 008 | | Review motion to reject agreement with Liquid Air and notice of bar date (.6) | 0.60 | 450.00 | 270.00 |
| 1/14/2014 | scf | 008 | | Review C2's objection to rejection of Liquid Air contract (.2) | 0.20 | 450.00 | 90.00 |
| 2/17/2014 | scf | 008 | | Review DOD's objection to assumption of ESAPI contract (.2) | 0.20 | 450.00 | 90.00 |
| 3/20/2014 | scf | 008 | | Review reply in support of motion to reject contract with Air Products (.2) | 0.20 | 450.00 | 90.00 |
| | | | 008 Sub-total: | | 4.30 | | 1,935.00 |
| | | | | | 98.80 | | 44,355.00 |

0100

010    Claims Administration and Objections

| Date | | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 10/23/2013 | scf | 010 | | Exchange emails with Todd Burgess and Ted Burr regarding possible payment of personal property taxes (.2) | 0.20 | 450.00 | 90.00 |
| 10/29/2013 | scf | 010 | | Review amended claim by Fennemore Craig and email to Ted Burr regarding same (.1) | 0.10 | 450.00 | 45.00 |
| 11/26/2013 | scf | 010 | | Review motion for allowance and payment of | 0.40 | 450.00 | 180.00 |

| Date | | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| | | | | administrative expense filed by Novellus and notice of bar date for objections (.4) | | | |
| 12/13/2013 | scf | 010 | | Review DoD proof of claim and exchange emails with Joe Cotterman regarding same (.4) | 0.40 | 450.00 | 180.00 |
| 12/30/2013 | scf | 010 | | Review notice of hearing on Novelus' administrative expense claim from rejection of lease (.1) review debtors' objection to Novelus' administrative claim (.4) | 0.50 | 450.00 | 225.00 |
| 1/6/2014 | scf | 010 | | Review revised Schedule F (.5) | 0.50 | 450.00 | 225.00 |
| 1/22/2014 | scf | 010 | | Review proofs of claim filed by William Perciballi and AWI, together with supporting documents and related employment agreements, amendments and license agreement, and prepare email to Susan Boswell demanding withdrawal of claims nos. 56 and 58 (2.2) | 2.20 | 450.00 | 990.00 |
| | | | | 010 Sub-total: | 4.30 | | 1,935.00 |

013     Fee/Employment Applications

| Date | | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 10/17/2013 | scf | 013 | | Draft first interim fee application and accompanying summary sheet, declaration, notice and form of order (3.2) | 3.20 | 450.00 | 1,440.00 |
| 10/21/2013 | scf | 013 | | Review and revise same (1.2) review billing statement from Ted Burr and draft first interim fee application for Sierra Consulting, together with accompanying notice, summary sheet and form of order (2.4) | 3.60 | 450.00 | 1,620.00 |
| 10/23/2013 | scf | 013 | | Review email from Todd Burgess with invoices of OCP's and spreadsheet regarding same (.2) | 0.20 | 450.00 | 90.00 |
| 10/31/2013 | scf | 013 | | Review GK's first interim fee application (1.1) | 1.10 | 450.00 | 495.00 |
| 11/3/2013 | scf | 013 | | Review first interim fee application for Arnold and Porter (.2) | 0.20 | 450.00 | 90.00 |
| 11/4/2013 | scf | 013 | | Review C2's objection to F&W's fee application (.2) | 0.20 | 450.00 | 90.00 |
| 11/6/2013 | scf | 013 | | Review IDR's motion to employ the Milbank firm and accompanying declaration and | 0.60 | 450.00 | 270.00 |
| 11/8/2013 | scf | 013 | | Outline objection to motion to employ Milbank Tweed (.3) Telephone conference with John Clemency regarding same (.2) review and revise draft joint objection forwarded by John Clemency and make revisions (.7) Exchange emails with John and Lindsi Weber regarding same (.1) discuss same with the committee (.5) | 1.80 | 450.00 | 810.00 |
| 11/11/2013 | scf | 013 | | Telephone conference with Steve Jerome regarding the proposed retention of Milbank Tweed to represent the IDR (.2) | 0.20 | 450.00 | 90.00 |
| 11/14/2013 | scf | 013 | | Review Milbank's reply in support of its employment application (.2) Legal research | 1.80 | 450.00 | 810.00 |

Case 2:13-bk-10332-BMW    Doc 579-2    Filed 04/14/14    Entered 04/14/14 13:51:50
Desc Exhibit Invoice    Page 12 of 15

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | regarding court's authority to decline employment of expensive out-of-state attorneys (1.1) attend intial hearing regarding same (.5) | | | |
| 11/19/2013 | scf | 013 | Telephone conference with Todd Burgess regarding the joint objection to the engagement of Milbank Tweed and additional authority for our position | 0.30 | 450.00 | 135.00 |
| 11/20/2013 | scf | 013 | Review AWE's supplemental objection to employment of Milbank Tweed (.1) review IDR's reply in support of employment application (.2) Telephone conference with Susan Boswell regarding same (.1) | 0.40 | 450.00 | 180.00 |
| 11/21/2013 | scf | 013 | Telephone conference with Todd Burgess regarding status of dispute over employment of Milbank Tweed and today's hearing (.1) Telephone conference with Susan Boswell regarding same (.1) Telephone conference with Grant Lyon regarding same (.1) prepare for and attend hearing regarding same (2.3) | 2.60 | 450.00 | 1,170.00 |
| 11/22/2013 | scf | 013 | Draft order denying the IDR's application to employ Milbank Tweed | 0.40 | 450.00 | 180.00 |
| 11/25/2013 | scf | 013 | Review email from Todd Burgess and lodge order denying IDR's motion to engage Milbank Tweed (.1); review and revise orders approving F&W's and Sierra's first interim fee applications and email to Steve Jerome regarding same (.4) | 0.50 | 450.00 | 225.00 |
| 11/27/2013 | scf | 013 | Revise and finalize certificates of no remaining objections and orders approving fee applications by committee counsel and financial advisor (.4) | 0.40 | 450.00 | 180.00 |
| 1/6/2014 | scf | 013 | Review report of billings and proposed payments to OCP's for services rendered in November (.2) | 0.20 | 450.00 | 90.00 |
| 1/13/2014 | scf | 013 | Review proposed order authorizing the employment of Arnold & Porter to assist the IDR with the sale process and exchange emails with Todd Burgess regarding same (.3) | 0.30 | 450.00 | 135.00 |
| 1/14/2014 | scf | 013 | Review various emails concerning expanded employment of Arnold & Porter and related privildge issues (.3) | 0.30 | 450.00 | 135.00 |
| 1/17/2014 | scf | 013 | Review revised order authorizing engagement of Arnold & Porter and exchange emails with Todd Burgess regarding same (.1) review updated budget for OCP's and exchange emails with Todd Burgess regarding same (.1) prepare for and attend hearing on bid procedures (1.6) | 1.80 | 450.00 | 810.00 |
| 1/31/2014 | scf | 013 | Exchange emails with Todd Burgess regarding new budget for ordinary course professionals (.2) | 0.20 | 450.00 | 90.00 |
| 2/5/2014 | scf | 013 | Exchange emails with Todd Burgess regarding | 0.20 | 450.00 | 90.00 |

|            |     |     |                                                                                                  |      |        |          |
|------------|-----|-----|--------------------------------------------------------------------------------------------------|------|--------|----------|
|            |     |     | new budget for OCP's (.2)                                                                        |      |        |          |
| 2/11/2014  | scf | 013 | Exchange emails with Todd Burgess regarding accrued fees and costs (.1)                          | 0.10 | 450.00 | 45.00    |
| 2/25/2014  | scf | 013 | Review email from Todd Burgess with actual-to-budget report on OCP's (.3)                        | 0.30 | 450.00 | 135.00   |
|            |     |     | 013 Sub-total:                                                                                   | 20.90|        | 9,405.00 |

015        DIP Financing

|            |     |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      |      |        |          |
|------------|-----|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|----------|
| 10/31/2013 | scf | 015 | Review email from Ted Burr regarding status of DIP loan and position of DIP lender (.1)                                                                                                                                                                                                                                                                                                                                                                                              | 0.10 | 450.00 | 45.00    |
| 1/6/2014   | scf | 015 | Review emails from Susan Boswell and Grant Lyon with proposed terms for new loan to AWC (.4) Telephone conference with Todd Burgess regarding same (.2)                                                                                                                                                                                                                                                                                                                              | 0.60 | 450.00 | 270.00   |
| 1/8/2014   | scf | 015 | Telephone conference with Steve Jerome regarding loans to AWC (.4) Exchange emails with Ted Burr regarding same (.1)                                                                                                                                                                                                                                                                                                                                                                 | 0.50 | 450.00 | 225.00   |
| 1/10/2014  | scf | 015 | Telephone conference with Ted Burr regarding same (.5)                                                                                                                                                                                                                                                                                                                                                                                                                               | 0.50 | 450.00 | 225.00   |
| 1/16/2014  | scf | 015 | Review email from Todd Burgess with attached default notice from DIP lender and telephone conference with Todd regarding same (.2) Email to Ted Burr regarding same (.1) Review email from Steve Jerome regarding loan from Shock Ride and Mandall to AWC in October with attached promissory notes (.1) Telephone conference with Steve and (later adding) Grant Lyon regarding same and related issues (1.0); review cash flow projections for AWC and email to Ted Burr regarding same (.3) Telephone conference with Todd Burgess (and later add Steve Jerome) regarding same (.3) Review email from Ted Burr regarding same (.1) | 2.10 | 450.00 | 945.00   |
|            |     |     | 015 Sub-total:                                                                                                                                                                                                                                                                                                                                                                                                                                                                       | 3.80 |        | 1,710.00 |
|            |     |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      | 29.00|        | 13,050.00|
|            |     |     | Sub-total Fees:                                                                                                                                                                                                                                                                                                                                                                                                                                                                      |      |        | 57,405.00|

**Rate Summary**

| S. Cary Forrester | 125.70 hours at $450.00/hr | 56,565.00 |
|-------------------|-----------------------------|-----------|
| John R. Worth     | 2.10 hours at $400.00/hr    | 840.00    |
| Total hours:      | 127.80                      |           |

**Expenses**

| 9/5/2013 |  | 018 | Long Distance Charges |  |  | 22.30 |
|----------|--|-----|----------------------|--|--|-------|

**Forrester & Worth, PLLC**  Page: 15

| | | | | |
|---|---|---|---|---:|
| 9/11/2013 | 018 | Long Distance Charges | | 31.90 |
| 9/17/2013 | 018 | Long Distance Charges | | 16.80 |
| 9/20/2013 | 018 | Long Distance Charges | | 19.60 |
| 11/6/2013 | 005 | Mass Mailing | | 1,047.70 |
| | | | Sub-total Expenses: | 1,138.30 |

**Payments**

| | | | |
|---|---|---|---:|
| 12/12/2013 | Payment | | 71,182.60 |
| | | Sub-total Payments: | 71,182.60 |

| | |
|---|---:|
| Total Current Billing: | 58,543.30 |
| Previous Balance Due: | 0.00 |
| **Total Now Due:** | **58,543.30** |