**THIS ORDER IS APPROVED.**

**Dated: May 30, 2014**



*Brenda Moody Whinery, Bankruptcy Judge*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ARMORWORKS ENTERPRISES, LLC,<br>TECHFIBER, LLC,<br><br>Debtors.<br><br>This Filing Applies to:<br><br>☒ Both Debtors<br>☐ Specified Debtor | Chapter 11 Proceedings<br><br>Case No. 2:13-bk-10332-BMW<br>Case No. 2:13-bk-10333-BMW<br><br>(Jointly Administered)<br><br>**ORDER SETTING EXPEDITED HEARING ON ACCELERATED NOTICE REGARDING PLAN PROPONENTS' REQUEST FOR CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT AND RELATED RELIEF**<br><br>**Hearing Date: June 4, 2014**<br>**Hearing Time: 10:15 a.m.**<br>**Location:**<br>    **James A. Walsh U.S. Courthouse**<br>    **38 S. Scott Ave., Courtroom 446**<br>    **Tucson, Arizona 85701**<br><br>**Video Conference will be Available from Phoenix Courtroom 301** |

**THIS MATTER COMES BEFORE THE COURT** pursuant to the *Motion For Expedited Hearing On Accelerated Notice Re: Plan Proponents' Emergency Motion For Order: (I) Conditionally Approving Fourth Amended Disclosure Statement In Support Of Fourth Amended Joint Plan Of Reorganization And Combining The Final Hearing On Approval Of The Disclosure Statement With The Hearing On Plan Confirmation; (II)*

*Establishing Plan Voting And Objection Deadlines; (III) Setting Confirmation Hearing; And (IV) Granting Related Relief* (the "**Motion for Expedited Hearing**") filed by ArmorWorks Enterprises, LLC ("**ArmorWorks**"), TechFiber, LLC ("**TechFiber**," and with ArmorWorks, the "**Debtors**"), ArmorWorks, Inc. ("**AWI**"), and William J. Perciballi ("**Perciballi**" and together with the Debtors and AWI, the "**Plan Proponents**"). Unless otherwise stated, capitalized terms used in this Order shall have the meanings ascribed to such terms in the Motion for Expedited Hearing.

Pursuant to the Motion for Expedited Hearing and Local Rule 9013-1(h), the Plan Proponents ask the Court to set an expedited hearing on accelerated notice regarding the *Plan Proponents' Emergency Motion For Order: (I) Conditionally Approving Fourth Amended Disclosure Statement In Support Of Fourth Amended Joint Plan Of Reorganization And Combining The Final Hearing On Approval Of The Disclosure Statement With The Hearing On Plan Confirmation; (II) Establishing Plan Voting And Objection Deadlines; (III) Setting Confirmation Hearing; And (IV) Granting Related Relief* (the "**Motion**"). Based on the Motion for Expedited Hearing, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. Granting the Motion for Expedited Hearing as provided herein.

2. Accelerating any notice requirements of the Federal Rules of Bankruptcy Procedure and limiting notice to counsel for the Official Joint Committee of Unsecured Creditors, Grant Lyon, C Squared Capital Partners, LLC, Anchor Management, LLC, each of the Debtors' twenty largest unsecured creditors, the DIP Lender, the Maricopa County Treasurer, and any party that has appeared in the Debtors' bankruptcy cases (the "**Notice Parties**").

3. Setting an expedited hearing to consider the Motion to be held on **June 4, 2014 at 10:15 a.m.** in the United States Bankruptcy Court for the District of Arizona,

2

1 | James A. Walsh U.S. Courthouse, 38 S. Scott Ave., Tucson, Arizona 85701, Courtroom
2 | 446.  Video Conference will be available from Phoenix Courtroom 301.
3 |     4.    Ordering the Debtors to immediately serve a copy of this Order on the
4 | Notice Parties via email, hand-delivery, or overnight delivery.
5 | **DATED AND SIGNED ABOVE.**